## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Raquelle Edunjobi,<br><br>          Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, Experian, and Transunion,<br><br>          Defendants. | No. 25-cv-1082 (KMM/DJF)<br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") issued by United States Magistrate Judge Dulce J. Foster on July 10, 2025. Dkt. No. 8. Judge Foster concludes that Plaintiff Raquelle Edunjobi no longer wishes to pursue this case based on her failure to prosecute and recommends that the action be dismissed without prejudice. *Id.* The Court has carefully reviewed the R&R and agrees with Judge Foster's findings and recommended disposition of the case. *See Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (explaining that in the absence of objections to an R&R, the district court reviews for clear error) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 8) is **ACCEPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment be entered accordingly**.

Dated: August 28, 2025

                                                    *s/ Katherine Menendez*
                                                    Katherine Menendez
                                                    United States District Judge